AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LUNDIN, KEITH M. | USBC (M.D. TENN.) | 04/03/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. BANKRUPTCY JUDGE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

701 BROADWAY
CUSTOMS HOUSE, 2D FLOOR
NASHVILLE, TN 37203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | ▨ TRUST |
| 2. | EXECUTOR | ESTATE OF DECEASED ▨ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | CONTINUE | CALNORBAN ASSOC. (AGMT EDIT BK NEWSLETTER) (Now Thomson Reuters) |
| 2. | CONTINUE | BANKRUPTCY PRESS, INC. (BOOK CONTRACT) |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | CALNORBAN ASSOCIATES (ROYALTIES) (Now Thomson Reuters) | $13,200.00 |
| 2. | 2014 | Bankruptcy Press, Inc. (Royalties) | $52,503.00 |
| 3. | 2014 | Vanderbilt University School of Law (teaching) | $2,500.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NATIONAL ASSOCIATION OF CHAPTER 13 TRUSTEES | 1/22/2014 TO 1/26/2014 | WASHINGTON, DC | SPEAKER AT CLE MEETING | TRAVEL, FOOD & LODGING |
| 2. | AMERICAN BANKRUPTCY INSTITUTE | 2/06/2014 TO 2/10/2014 | SAN JUAN, PR | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 3. | AMERICAN BANKRUPTCY INSTITUTE | 3/13/2014 TO 3/16/2014 | TAMPA, FL | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 4. | NORTON BANKRUPTCY INSTITUTES | 3/19/2014 TO 3/23/2014 | LAS VEGAS, NV | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 5. | OREGON STATE BAR | 4/23/2014 TO 4/25/2014 | SEATTLE, WA | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| **LUNDIN, KEITH M.** | 04/03/2015 |

| | | | | |
|---|---|---|---|---|
| 6. | SOUTH FLORIDA BAR | 5/09/2014 TO 5/12/2014 | KEY LARGO, FL | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 7. | NORTON BANKRUPTCY INSTITUTES | 6/27/2014 TO 6/30/2014 | JACKSON HOLE, WY | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 8. | NATIONAL ASS'N OF CHAPTER 13 TRUSTEES | 7/15/2014 TO 7/18/2014 | CHICAGO, IL | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 9. | NATIONAL CONF. OF BANKRUPTCY JUDGES | 10/8/2014 TO 10/12/2014 | CHICAGO, IL | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 10. | MID-SOUTH COMMERCIAL LAW INSTITUTE | 12/4/2014 | NASHVILLE, TN | SPEAKER AT CLE SEMINAR | FOOD & PARKING |
| 11. | ALLEGHENY COUNTY BAR ASS'N | 12/4/2014 TO 12/5/2014 | PITTSBURGH, PA | SPEAKER AT CLE SEMINAR | TRAVEL & FOOD |

| Name of Person Reporting | Date of Report |
|---|---|
| LUNDIN, KEITH M. | 04/03/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUNDIN, KEITH M. | 04/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  General M.M. CIB | A | Dividend | N | T | | | | | |
| 2.  General M.M. CIB (trust asset) | A | Dividend | J | T | | | | | |
| 3.  JNJ (common stock) | A | Dividend | J | T | | | | | |
| 4.  DDD (common stock) | | None | J | T | | | | | |
| 5.  AAPL (common stock) | A | Dividend | K | T | | | | | |
| 6.  ARCO (common stock) | A | Dividend | J | T | | | | | |
| 7.  ECOL (common stock | A | Dividend | K | T | | | | | |
| 8. | | | | | | | | | |
| 9.  PRAA (common stock) (X) | | None | | | Sold | 09/05/14 | K | B | |
| 10. SZYM (common stock) (X) | | None | K | T | Sold (part) | 11/05/14 | J | B | |
| 11. TTS (common stock) (X) | | None | | | Sold | 11/06/14 | J | A | |
| 12. SSW (common stock) (X) | | None | | | Sold | 10/13/14 | J | A | |
| 13. DDD (common stock) (X) | | None | J | T | | | | | |
| 14. AHS (common stock) (X) | | None | K | T | | | | | |
| 15. BRKB (common stock) (X) | | None | K | T | | | | | |
| 16. BIP (common stock) (X) | A | Dividend | J | T | | | | | |
| 17. CMG (common stock) (X) | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUNDIN, KEITH M. | 04/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   CLNE (common stock) (X) | | None | K | T | | | | | |
| 19.   DUK (common stock) (X) | A | Dividend | J | T | | | | | |
| 20.   EXC (common stock) (X) | A | Dividend | K | T | | | | | |
| 21.   GM (common stock) (X) | A | Dividend | K | T | | | | | |
| 22.   GWR (common stock) (X) | | None | J | T | | | | | |
| 23.   ASR (common stock) (X) | A | Dividend | K | T | | | | | |
| 24.   IBM (common stock) (X) | A | Dividend | K | T | | | | | |
| 25.   KMI (common stock) (X) | B | Dividend | K | T | | | | | |
| 26.   LL (common stock) (X) | | None | J | T | | | | | |
| 27.   MKTX (common stock) (X) | A | Dividend | K | T | | | | | |
| 28.   NYCB (common stock) (X) | B | Dividend | K | T | | | | | |
| 29.   POT (common stock) (X) | A | Dividend | K | T | | | | | |
| 30.   POWR (common stock) (X) | | None | K | T | | | | | |
| 31.   RPM (common stock) (X) | A | Dividend | J | T | | | | | |
| 32.   SSTK (common stock) | | None | K | T | Buy | 11/13/14 | K | | |
| 33.   SCTY (common stock) (X) | | None | J | T | | | | | |
| 34.   STAG (common stock) (X) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUNDIN, KEITH M. | 04/03/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SSYS (common stock) | | None | K | T | Buy | 08/29/14 | K | | |
| 36. TSCO (common stock) (X) | A | Dividend | K | T | | | | | |
| 37. TRIP (common stock) (X) | | None | K | T | | | | | |
| 38. UA (common stock) (X) | | None | K | T | | | | | |
| 39. ESTATE (X) | | | | | | | | | |
| 40. - Money Market (X) TD Ameritrade | A | Interest | M | T | | | | | |
| 41. - Cert. depo. (X) Santander Bank N.A./ Peoples United Bank | A | Interest | N | T | | | | | |
| 42. - ADT (common stock) (X) | | None | | | Sold | 08/28/14 | J | | |
| 43. - APA (common stock) (X) | | None | | | Sold | 08/28/14 | M | | |
| 44. - CAR (common stock) (X) | | None | | | Sold | 08/28/14 | J | | |
| 45. - AVT (common stock) (X) | A | Dividend | | | Sold | 09/05/14 | K | | |
| 46. - BAC (common stock) (X) | A | Dividend | | | Sold | 09/04/14 | K | | |
| 47. - DD (common stock) (X) | | None | | | Sold | 08/28/14 | L | | |
| 48. - FELE (common stock) (X) | | None | | | Sold | 08/28/14 | K | | |
| 49. - MHFI (common stock) (X) | A | Dividend | | | Sold | 08/28/14 | M | | |
| 50. - ORCL (common stock) (X) | | None | | | Sold | 08/28/14 | J | | |
| 51. - PHH (common stock) (X) | | None | | | Sold | 08/28/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUNDIN, KEITH M. | 04/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - SPW (common stock) (X) | A | Dividend | | | Sold | 09/12/14 | M | | |
| 53.   - VTR (common stock) (X) | | None | | | Sold | 08/28/14 | J | | |
| 54.   - WMB (common stock) (X) | A | Dividend | | | Sold | 09/11/14 | K | | |
| 55.   - WPX (common stock) (X) | | None | | | Sold | 08/29/14 | J | | |
| 56.   - WYN (common stock) (X) | A | Dividend | | | Sold | 08/29/14 | J | | |
| 57.   - ACT (common stock) (X) | | None | | | Sold | 08/28/14 | M | | |
| 58.   - COV (common stock) (X) | | None | | | Sold | 08/28/14 | K | | |
| 59.   - MNK (common stock) (X) | | None | | | Sold | 08/28/14 | J | | |
| 60.   - PNR (common stock) (X) | | None | | | Sold | 08/28/14 | J | | |
| 61.   - TEL (common stock) (X) | A | Dividend | | | Sold | 08/28/14 | J | | |
| 62.   - TYCO (common stock) (X) | | None | | | Sold | 08/28/14 | J | | |
| 63. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUNDIN, KEITH M. | 04/03/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ KEITH M. LUNDIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544